**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LEONARD ROMAN**

        **Plaintiff,**

                                      **Civil Action 2:12-cv-00747**
      **v.**                            **Magistrate Judge Elizabeth P. Deavers**

**JOHN BARLOW,** *et al.*,

        **Defendants.**

## ORDER

     Pursuant to the parties' consent, on February 27, 2013 this case was referred to United States Magistrate Judge Elizabeth A. Preston Deavers to conduct all further proceedings.  (ECF No. 21.)  This matter is before the Court for consideration of the December 18, 2012 Report and Recommendation of the Magistrate Judge.  (ECF No. 11.)  No party has objected to the Report and Recommendation and the time period for objections has expired.  Accordingly, the Report and Recommendation hereby constitutes the final Order of this Court.  Defendant Anthem Blue Cross and Blue Shield is **REALIGED** as Plaintiff in this case.  The Clerk is **DIRECTED** to place Anthem Blue Cross and Blue Shield on the Court's docket as a Plaintiff.  Plaintiff's Motion for Remand is **DENIED**.  (ECF No. 7.)

     **IT IS SO ORDERED**.

Date: February 28, 2013                         */s/ Elizabeth A. Preston Deavers*
                                         Elizabeth A. Preston Deavers
                                         United States Magistrate Judge